Michael R. Reese
Carlos F. Ramirez
mreese@reeserichman.com
cramirez@reesellp.com
Reese LLP
100 West 93rd St, 16th Fl
New York, NY 10025
Phone:        914-860-4994
Facsimile:    212-253-4272

George V. Granade
ggrenade@reeserichman.com
Reese LLP
8484 Wilshire Boulevard, Suite 515
Los Angeles, CA 90211
Phone:        310-393-0070
Facsimile:    212-253-4272

Spencer Sheehan
spencer@spencersheehan.com
Sheehan & Associates, P.C.
505 Northern Blvd, Ste 311
Great Neck, NY 11021
Phone:        516-303-0552
Facsimile:    516-234-7800

*Attorneys for Plaintiff*
*Amanda Caudel*

David T. Biderman
dbiderman@perkinscoie.com
Perkins Coie LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Phone:        310.788.9900
Facsimile:    310.788.3399

Thomas J. Tobin
ttobin@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:        206.359.8000
Facsimile:    206.359.9000

*Attorneys for Defendant*
*Amazon.com, Inc.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

AMANDA CAUDEL, *individually, and on behalf of those similarly situated,*

        Plaintiff,

    v.

AMAZON.COM, INC.,

        Defendant.

Case No. 2:20-cv-00848-KJM-KJN

**JOINT STIPULATION AMENDING BRIEFING SCHEDULE AND CONTINUING SCHEDULING CONFERENCE; ORDER**

1     This Joint Stipulation is made with reference to the following facts:

2          1.       Defendant filed a motion to dismiss on October 26, 2020;

3          2.       The hearing date on the motion to dismiss is January 22, 2021 at 10:00 a.m;

4          3.       Whereas, Plaintiff's counsel needs additional time to file the opposition;

5          4.   Whereas, the parties have met and conferred and agreed to the following revised

6          briefing schedule:

7          Plaintiff's Opposition:           December 15, 2020

8          Defendant's Reply:           January 8, 2021

9

10          5.   Whereas, the hearing date will remain the same.

11     Accordingly, the parties HEREBY STIPULATE:

12         •      The briefing schedule for the anticipated FRCP Rule 12 Motion shall be amended

13 as follows:

14           a.   The deadline for the filing of Plaintiff's Opposition is December 15, 2020;

15           b.   The deadline for the filing of Defendant's Reply is January 8, 2021; and

16           c.   The hearing date remains the same as previously scheduled for January 22,

17           2021 at 10:00 a.m.

18

19

20

21

22

23

24

25

26

27

28

1    Respectfully submitted,

2

3
     DATED:  November 24, 2020
4

5    By: s/ Michael R. Reese_____          By: s/ David T. Biderman_____
     Michael R. Reese                          David T. Biderman, Bar No. 101577
6    Carlos F. Ramirez                         DBiderman@perkinscoie.com
     mreese@reeserichman.com                   Perkins Coie, LLP
7    cramirez@reesellp.com                     1888 Century Park E., Suite 1700
     Reese LLP                                 Los Angeles, CA  90067-1721
8    100 West 93rd St, 16th Fl                 Phone:      310.788.9900
     New York, NY 10025                        Facsimile:  310.788.3399
9    Phone:      914-860-4994
     Facsimile:  212-253-4272                  Thomas J. Tobin, Bar No. 319538
10                                             TTobin@perkinscoie.com
     George V. Granade                         Perkins Coie, LLP
11   ggrenade@reeserichman.com                 1201 Third Avenue, Suite 4900
     Reese LLP                                 Seattle, WA  98101-3099
12   8484 Wilshire Boulevard, Suite 515        Telephone:  206.359.8000
     Los Angeles, CA 90211                     Facsimile:  206.359.9000
13   Phone:      310-393-0070
     Facsimile:  212-253-4272                  *Attorneys for Defendant*
14                                             *Amazon.com, Inc.*
     Spencer Sheehan
15   spencer@spencersheehan.com
     Sheehan & Associates, P.C.
16   505 Northern Blvd, Ste 311
     Great Neck, NY 11021
17   Phone:      516-303-0552
     Facsimile:  516-234-7800
18
     *Attorneys for Plaintiff*
19   *Amanda Caudel*

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND  ORDER
SETTING BRIEFING SCHEDULE
2:20-CV-00848-KJM-KJN

1

**ORDER**

2

      **IT IS SO ORDERED.**

3

4

DATED: November 30, 2020

5

                CHIEF UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28