UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amanda Caudel, | No. 2:20-cv-00848-KJM-KJN |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| Amazon.Com, Inc., | |
| Defendant. | |

By two previous orders, respectively, this court set a Status (Pretrial Scheduling) Conference for December 2, 2021, Min. Order, ECF No. 35, and dismissed plaintiff's complaint with leave to amend, Prev. Order (Oct. 15, 2021), ECF No. 36. The court ordered the plaintiff to file any amended complaint within thirty days of the second order. *See id*. at 6. Thirty days have since passed and plaintiff has made no such filing. Therefore, the court orders plaintiff to show cause why the court should not dismiss and close this case for plaintiff's failure to prosecute and comply with court orders. **Plaintiff shall file a response within fourteen days**.

The court **vacates the December 2 Status (Pretrial Scheduling) Conference and resets it for March 10, 2022 at 2:30 PM.** The parties shall **file a joint status report fourteen days prior to the March 10th date if it remains on calendar.**

IT IS SO ORDERED.

DATED: November 17, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1