Michael R. Reese
Carlos F. Ramirez*
mreese@reeserichman.com
cramirez@reesellp.com
Reese LLP
100 West 93rd St, 16th Fl
New York, NY 10025
Phone:        914.860.4994
Facsimile:    212.253.4272

George V. Granade
ggrenade@reeserichman.com
Reese LLP
8484 Wilshire Boulevard, Suite 515
Los Angeles, CA 90211
Phone:        310.393.0070
Facsimile:    212.253.4272

Spencer Sheehan*
spencer@spencersheehan.com
Sheehan & Associates, P.C.
505 Northern Blvd, Ste 311
Great Neck, NY 11021
Phone:        516.303.0552
Facsimile:    516.234.7800

*Attorneys for Plaintiff*
*Amanda Caudel*

David T. Biderman
dbiderman@perkinscoie.com
Perkins Coie LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Phone:        310.788.9900
Facsimile:    310.788.3399

Charles C. Sipos*
Thomas J. Tobin
csipos@perkinscoie.com
ttobin@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:        206.359.8000
Facsimile:    206.359.9000

*Attorneys for Defendant*
*Amazon.com, Inc.*

*Pro Hac Vice*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| AMANDA CAUDEL, et al., | Case No. 2:20-cv-00848-KJM-KJN |
| Plaintiff, | **JOINT STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER** |
| v. | |
| AMAZON.COM, INC., | |
| Defendant. | |

This Joint Stipulation is made with reference to the following facts:

1.  Defendant Amazon.com, Inc. ("Amazon") filed a motion to dismiss on October 26, 2020 (Dkt. No. 14);

2.  The Court granted Amazon's Motion to Dismiss on October 15, 2021 (Dkt. No. 36) without prejudice, allowing Plaintiff opportunity to amend her complaint;

3.  The Court entered a Minute Order on December 22, 2021 (Dkt. No. 39) permitting Plaintiff to file an amended complaint;

4.  Plaintiff filed her First Amended Complaint (Dkt. No. 40) on January 5, 2022, in which she added three additional named plaintiffs and further allegations of fact;

5.  Counsel for Defendant Amazon.com, Inc. has requested additional time to file its responsive pleading;

6.  The parties have conferred and agreed that Amazon's responsive pleading shall be due approximately 45 days following the filing of the First Amended Complaint shall be due on or before February 22, 2022.

Accordingly, the parties HEREBY STIPULATE that Defendant's time for filing its responsive pleading to Plaintiffs' First Amended Complaint is extended to February 22, 2022.

JOINT STIPULATION AND  ORDER SETTING
BRIEFING SCHEDULE
2:20-CV-00848-KJM-KJN

1    Respectfully submitted,

2

3
     DATED:  January 18, 2022
4

5    By: s/ *Carlos F. Ramirez*                                                                            David T. Biderman, Bar No. 101577
     Michael R. Reese                          dbiderman@perkinscoie.com
6    Carlos F. Ramirez*                        Perkins Coie, LLP
     mreese@reeserichman.com                   1888 Century Park E., Suite 1700
7    cramirez@reesellp.com                     Los Angeles, CA  90067-1721
     Reese LLP                                 Phone:        310.788.9900
8    100 West 93rd St, 16th Fl                 Facsimile:    310.788.3399
     New York, NY 10025
9    Phone:        914.860.4994
     Facsimile:    212.253.4272                By: s/ *Thomas J. Tobin*             
                                               Charles C. Sipos*
10                                             Thomas J. Tobin, Bar No. 319538
     George V. Granade                         csipos@perkinscoie.com
11   ggrenade@reeserichman.com                 ttobin@perkinscoie.com
     Reese LLP                                 Perkins Coie, LLP
12   8484 Wilshire Boulevard, Suite 515        1201 Third Avenue, Suite 4900
     Los Angeles, CA 90211                     Seattle, WA  98101-3099
13   Phone:        310.393.0070                Telephone:   206.359.8000
     Facsimile:    212.253.4272                Facsimile:   206.359.9000
14
     Spencer Sheehan*
15   spencer@spencersheehan.com
     Sheehan & Associates, P.C.                *Attorneys for Defendant*
16   505 Northern Blvd, Ste 311                *Amazon.com, Inc.*
     Great Neck, NY 11021
17   Phone:        516.303.0552
     Facsimile:    516.234.7800                * *Pro Hac Vice*
18
     *Attorneys for Plaintiff*
19   *Amanda Caudel*

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND  ORDER SETTING
BRIEFING SCHEDULE
2:20-CV-00848-KJM-KJN

1

**ORDER**

2

    Defendant's time for filing its responsive pleading to Plaintiffs' First Amended Complaint

3

is extended to February 22, 2022.

4

    **IT IS SO ORDERED.**

5

6

DATED:  January 20, 2022.

7

8

                                   CHIEF UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND  ORDER SETTING
BRIEFING SCHEDULE
2:20-CV-00848-KJM-KJN