| | |
|---|---|
| Michael R. Reese<br>Carlos F. Ramirez*<br>mreese@reesellp.com<br>cramirez@reesellp.com<br>Reese LLP<br>100 West 93rd St, 16th Fl<br>New York, NY 10025<br>Phone: 914.860.4994<br>Facsimile: 212.253.4272<br><br>George V. Granade<br>ggrenade@reesellp.com<br>Reese LLP<br>8484 Wilshire Boulevard, Suite 515<br>Los Angeles, CA 90211<br>Phone: 310.393.0070<br>Facsimile: 212.253.4272<br><br>Spencer Sheehan*<br>spencer@spencersheehan.com<br>Sheehan & Associates, P.C.<br>505 Northern Blvd, Ste 311<br>Great Neck, NY 11021<br>Phone: 516.303.0552<br>Facsimile: 516.234.7800<br><br>*Attorneys for Plaintiffs*<br>*Amanda Caudel, Allison Carranza-Moreno, Cathy Diomartich, and Shaney Scott* | David T. Biderman<br>dbiderman@perkinscoie.com<br>Perkins Coie LLP<br>1888 Century Park E., Suite 1700<br>Los Angeles, CA  90067-1721<br>Phone: 310.788.9900<br>Facsimile: 310.788.3399<br><br>Charles C. Sipos*<br>Thomas J. Tobin<br>csipos@perkinscoie.com<br>ttobin@perkinscoie.com<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099<br>Phone: 206.359.8000<br>Facsimile: 206.359.9000<br><br>*Attorneys for Defendant*<br>*Amazon.com, Inc.*<br><br>*Pro Hac Vice* |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| AMANDA CAUDEL, ALLISON CARRANZA-MORENO, CATHY DIOMARTICH, AND SHANEY SCOTT, *individually, and on behalf of those similarly situated*,<br><br>  Plaintiffs,<br><br>  v.<br><br>AMAZON.COM, INC.,<br><br>  Defendant. | Case No. 2:20-cv-00848-KJM-KJN<br><br>**JOINT STIPULATION TRANSFERRING VENUE TO THE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON; ORDER** |

This Joint Stipulation is made with reference to the following facts:

1. Defendant Amazon.com, Inc. ("Amazon") filed a motion to dismiss on October 26, 2020 (Dkt. No. 14);

2. The Court granted Amazon's Motion to Dismiss on October 15, 2021 (Dkt. No. 36) without prejudice, allowing Plaintiff opportunity to amend her complaint;

3. The Court entered a Minute Order on December 22, 2021 (Dkt. No. 39) permitting Plaintiff to file an amended complaint;

4. Plaintiff filed her First Amended Complaint (Dkt. No. 40) on January 5, 2022, in which she added additional plaintiffs to this matter;

5. By stipulation, the Parties conferred and agreed Amazon's responsive pleading would be due approximately 45 days (on or before February 22, 2022) following the filing of the First Amended Complaint, and that stipulation was entered by this Court's Order (Dkt. No. 42) on January 21, 2022;

6. On November 19, 2021, undersigned Plaintiffs' counsel initiated an action in the U.S. District Court for the Southern District of New York, *Baron v. Amazon Inc.*, No. 1:21-cv-09636 (Dkt. No. 1) (S.D.N.Y. Nov. 19, 2021) (the "*Baron* Action"). The *Baron* Action concerns the same subject matter as the instant action;

7. Since the re-filing of the instant action and the *Baron* Action, counsel for the Parties have met and conferred as to measures to coordinate the two actions in order to conserve judicial resources and for the convenience of the Parties;

8. The Parties agreed that stipulating to and jointly requesting transfer of the instant action and the *Baron* Action to the U.S. District Court for the Western District of Washington, where Amazon resides, would further those goals;

9. Specifically, the Parties agreed that transfer would promote convenience for the Parties and witnesses by allowing both matters to be heard in one forum and would conserve judicial and party resources by eliminating motion practice related to the forum-selection clause in Amazon's Conditions of Use. By entering into this stipulation, neither Party waives any claims, defenses, or arguments as to

Amazon's Conditions of Use, including as to whether or how the Conditions of Use bear on Plaintiffs' claims;

10. On February 22, 2022, the Parties jointly requested a thirty (30) day extension of time for Amazon to respond to the First Amended Complaint (Dkt. No. 43), during which time the Parties expected to finalize and file the aforementioned stipulation requesting transfer;

11. On February 24, 2022, the Parties jointly requested the same relief in the *Baron* Action. *Baron v. Amazon Inc.*, No. 1:21-cv-09636 (Dkt. No. 7) (S.D.N.Y. Feb. 24, 2022);

12. This Court entered a Minute Order on February 25, 2022, granting the stipulated extension of time and ordering that Amazon's response to Plaintiffs' First Amended Complaint shall be filed on or before March 24, 2022 (Dkt No. 44);

13. In the *Baron* Action, on February 25, 2022, the U.S. District Court for the Southern District of New York entered an order granting the stipulated extension of time and ordering that Amazon's response to that Complaint be filed no later than March 28, 2022. *Baron v. Amazon Inc.*, No. 1:21-cv-09636 (Dkt. No. 8) (S.D.N.Y. Feb. 25, 2022);

14. Consistent with the Parties' stipulation, the Parties jointly request transfer of the instant action to the U.S. District Court for the Western District of Washington;

15. The parties in the *Baron* Action intend to jointly request the same relief in that case;

16. Upon transfer to the Western District of Washington of the instant action by this Court and of the *Baron* Action by the Southern District of New York, the Parties will meet and confer regarding potential consolidation of the actions, a consolidated amended complaint, and a proposed schedule for responding to any amended complaint.

Accordingly, the parties HEREBY STIPULATE and request that the Court transfer this action to the U.S. District Court for the Western District of Washington.

Respectfully submitted,

DATED: March 22, 2022

By: s/ *Carlos F. Ramirez*
Michael R. Reese
Carlos F. Ramirez*
mreese@reesellp.com
cramirez@reesellp.com
Reese LLP
100 West 93rd St, 16th Fl
New York, NY 10025
Phone:       914.860.4994
Facsimile:    212.253.4272

George V. Granade
ggrenade@reesellp.com
Reese LLP
8484 Wilshire Boulevard, Suite 515
Los Angeles, CA 90211
Phone:       310.393.0070
Facsimile:    212.253.4272

Spencer Sheehan*
spencer@spencersheehan.com
Sheehan & Associates, P.C.
505 Northern Blvd, Ste 311
Great Neck, NY 11021
Phone:       516.303.0552
Facsimile:    516.234.7800

*Attorneys for Plaintiffs*
*Amanda Caudel, Allison Carranza-Moreno, Cathy Diomartich, and Shaney Scott*

By: s/ *David T. Biderman*
David T. Biderman, Bar No. 101577
dbiderman@perkinscoie.com
Perkins Coie, LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Phone:       310.788.9900
Facsimile:    310.788.3399

By: s/ *Charles C. Sipos*
Charles C. Sipos*
Thomas J. Tobin, Bar No. 319538
csipos@perkinscoie.com
ttobin@perkinscoie.com
Perkins Coie, LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:   206.359.8000
Facsimile:    206.359.9000


*Attorneys for Defendant*
*Amazon.com, Inc.*

\* Pro Hac Vice

**ORDER**

The stipulation complies with 28 U.S.C. §§ 1404 and 1391 and transfer is appropriate. Accordingly, this case is transferred to the U.S. District Court for the Western District of Washington.

**IT IS SO ORDERED.**

DATED: March 25, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE